478 A.2d 130

Ryan Homes, Inc., Appellant, v. Courtney, et al.

Argued May 17, 1984. George R. Specter, for appellant; Scott L. Melton, for appellees.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Order affirmed.

478 A.2d 130

Silverman, et al., Appellants, v. Chaplin, M.D., et al.

Argued April 24, 1984. Daniel L. Thistle, for appellants; James B. Jordan, for Chaplin, appellee; Richard A. Kolb, for Lankenau, appellee.

Before McEWEN, CIRILLO and BECK, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Abraham J. Gafni is affirmed.